```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION

TRACY H. BESSELAAR, # 135043,    *
                                 *
     Plaintiff,                  *
                                 *
vs.                              *  CIVIL ACTION NO. 21-00038-KD-B
                                 *
ALABAMA BOARD OF PARDONS &       *
PAROLES,                         *
                                 *
     Defendant.                  *
```

## ORDER

This action is before the Court on Plaintiff Tracy H. Besselaar's Motion to Withdraw (Doc. 4). In the motion, Besselaar, an Alabama prison inmate who is proceeding *pro se*, requests permission to withdraw his petition for declaratory judgment (Doc. 1) and his motion to proceed without prepayment of fees (Doc. 2).

Federal Rule of Civil Procedure 41(a)(1)(A) provides that a plaintiff may dismiss an action without a court order by filing "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). "Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal

operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).

A review of the case file reflects that no answer or motion for summary judgment have been filed on behalf of the above-referenced Defendant. Although Besselaar's filing is titled as a motion to withdraw his petition for declaratory judgment and motion to proceed without prepayment of fees, no motion is required by Rule 41(a)(1)(A)(i). In view of Besselaar's *pro se* status, the Court construes his Motion to Withdraw (Doc. 4) as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i). Accordingly, this action is **DISMISSED without prejudice** pursuant to Besselaar's notice of voluntary dismissal.

**DONE** this **2nd** day of **February, 2021.**

                                         **/s/ SONJA F. BIVINS**
                                  **UNITED STATES MAGISTRATE JUDGE**